UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Trinis Edwards, | Case No. 22-CV-2876 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jon Doe, | |
| Defendant. | |

---

Trinis Edwards, P.O. Box 247, Hastings, MN 55033, pro se.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated January 3, 2023 [Doc. No.5 ]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** this action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: January 23, 2023

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge